UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-2348 FMO (AGRx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | Metropolitan Life Insurance Company v. Melina M. Nava, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**    (In Chambers) Order Re to Show Cause Re Staying of Action

Having reviewed the docket in this action, IT IS ORDERED THAT:

1. The parties are ordered to show cause why this action should not be stayed pursuant to Colorado River Water Conservation Dist. v. United States, 424 U.S. 800, 817, 96 S.Ct. 1236,1246 (1976), pending resolution of the probate matter in In Re Rose Dorame Family Trust, Case No. TRUVA2400139.

2. Each party shall by **December 22, 2025**, file a Response to Order to Show Cause, no longer than 5 pages in length, why this action should not be stayed. At a minimum, the Responses shall address: (1) what the probate court has decided in connection with the motion to enforce settlement in regards to the policy benefits; and (2) whether defendant-in-interpleader Antonio A. Nava is a party to the settlement agreement, and if not, what the status of his claim is as to the policy benefits at issue in this case.[1] Failure to file a response by the deadline set forth above shall be deemed as consent to the stay of the action.

|   |   |   |
|---|---|---|
|   | 00 : 00 |
| Initials of Preparer | vdr |

---

[1] To the extent not already provided, defendants-in-interpleader shall attach copies of the relevant probate court orders.