JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MELINA M. NAVA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 25-2348 FMO (AGRx) <br><br> **JUDGMENT** |

   **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 20th day of January, 2026.

                                                        /s/
                                            Fernando M. Olguin
                                        United States District Judge